IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PARVANEH BORHANI,

    Plaintiff,

  v.

DAVID M. KELLY,

    Defendant.
_____/

No. 06-02376 CW

ORDER DENYING MOTIONS

    On July 10, 2007, the Court issued an Order Denying Application to Proceed In Forma Pauperis and Dismissing Complaint wherein the Court dismissed the above-captioned action without prejudice to refiling as a paid complaint.  On September 7, 2007, Plaintiff filed a "Reopen Case Request" and Motion to Electronically File.  Have considered Plaintiff's requests and good cause not appearing,

    IT IS HEREBY ORDERED that Plaintiff's requests to reopen her case and to electronically file are denied.

10/29/07

Dated _____

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PARVANEH BORHANI,

        Plaintiff,

v.

DAVID M. KELLY et al,

        Defendant.

Case Number: CV06-02376 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Parvaneh Borhani
Address Unknown
,

Dated: October 29, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2